# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 314 EAL 2014 |
| | : |
| Petitioner | : Petition for Allowance of Appeal |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| OMAR PEREZ, | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of October, 2014, the Petition for Allowance of Appeal is **QUASHED**.